# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHARLES W. BROOKS, SR.**                                     **PLAINTIFF**

**v.**                  **CASE NO. 4:09cv00815 BSM**

**RIVENDELL BEHAVIORAL HOSPITAL**                        **DEFENDANT**

## ORDER

Plaintiff has been granted leave to proceed *in forma pauperis* [Doc. No. 8]. Therefore, the District Court Clerk is directed to prepare the summons and, pursuant to Rule 4 of the Federal Rules of Civil Procedure, the U.S. Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendant without prepayment of fees and costs or security therefore.

Further, plaintiff is hereby notified that Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants to (1) promptly notify the court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. Moreover, plaintiff should be aware that the rule further provides that the failure of a *pro se* plaintiff to respond to any communication from the court within thirty (30) days may result in dismissal of the plaintiff's case. Finally, any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure as well as the Local Rules of this court. A copy of the Local Rules may be obtained from the District Clerk for the Eastern District of Arkansas. The Federal Rules of Civil Procedure are available in

many libraries (including this court's 2nd floor library, Room 224) and bookstores.

IT IS SO ORDERED this 27th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE