IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES W. BROOKS, SR.**                                              **PLAINTIFF**

v.                          Case No. 4:09-cv-815-DPM

**RIVENDELL BEHAVIORAL HOSPITAL**                       **DEFENDANT**

JUDGMENT

Brooks's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 July 2011